**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Pablo GARCIA–SANCHEZ, a.k.a. Pablo Garcia, Defendant–Appellant.**

**No. 12–10157.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 11, 2013.*

Filed Feb. 14, 2012.

Christina Marie Cabanillas, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

598

Pablo Garcia–Sanchez, Florence, AZ, pro se.

Robert Louis Murray, Law Office of Robert L. Murray, Tucson, AZ, for Defendant–Appellant.

Before FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM ***

Pablo Garcia–Sanchez appeals from the district court's judgment and challenges his guilty-plea conviction and 30–month sentence for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Garcia–Sanchez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Garcia–Sanchez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Garcia–Sanchez has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**